[No. 3705-0-II. Division Two. May 3, 1983.]

CHEESE BARN, INC., *Respondent*, v. BANK OF
CALIFORNIA, *as Executor*, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 258890, Donald H. Thompson, J., entered
September 8, 1978. *Reversed* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6589-4-II. Division Two. May 3, 1983.]

*In the Matter of the Personal Restraint of*
TERRY LEE STEFFENSON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Petrich, C.J., concurred in by
Petrie and Reed, JJ.

[No. 4938-8-III. Division Three. May 3, 1983.]

JEAN M. TEFFT, ET AL, *Appellants*, v. JACK B.
WATKINS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81-2-00281-6, Michael E. Donohue, J.,
entered December 18, 1981. *Affirmed* by unpublished opin-
ion per Green, J., concurred in by Munson, A.C.J., and
McInturff, J.

[No. 5320-2-III. Division Three. May 5, 1983.]

ELENOR B. BURKE, *Appellant*, v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80-2-01159-3, Albert J. Yencopal, J.,
entered October 27, 1981. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Munson, A.C.J., and
Green, J.